*E-Filed 11/1/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYAN DAVIS, | No. C 09-0717 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| M.S. EVANS, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983.  The original complaint was dismissed with leave to amend within 30 days, and with instructions that the action would be dismissed if there were no filing by such time. The deadline has passed and plaintiff has not filed an amended complaint.  Accordingly, the action is DISMISSED without prejudice to plaintiff filing an amended complaint.  The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: October 28, 2010

RICHARD SEEBORG
United States District Judge